# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### SAN ANGELO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **CASE NO. 6:16-CR-00036-C-BQ-1** |
| | § | |
| | § | |
| | § | |
| **CALVIN JOEL POLK** | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**CALVIN JOEL POLK,** by consent, under authority of *United States v. Dees,* 125

F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has

entered a plea of guilty to the *Indictment*. After cautioning and examining **CALVIN JOEL**

**POLK,** under oath concerning each of the subjects mentioned in Rule 11, I determined that

the guilty plea was knowledgeable and voluntary and that the offenses charged are

supported by an independent basis in fact containing each of the essential elements of such

offense. I therefore recommend that the plea of guilty be accepted and that **CALVIN JOEL**

**POLK,** be adjudged guilty and have sentence imposed accordingly.

**Date: January 18, 2017.**

_____
**D. GORDON BRYANT, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).